NO. 07-01-0298-CV

IN THE COURT OF APPEALS

FOR THE SEVENTH DISTRICT OF TEXAS

AT AMARILLO

PANEL E

OCTOBER 14, 2003

______________________________

SUSAN L. MILLER, APPELLANT

V.

J. MARK BREWER AND BREWER & PRITCHARD, P.C., APPELLEES

_________________________________

FROM THE 55
TH
 DISTRICT COURT OF HARRIS COUNTY;

NO. 1999-42971; HONORABLE SHERRY RADACK, JUDGE

_______________________________

Before JOHNSON, C.J., and REAVIS and BOYD, S.J.
(footnote: 1)
CONCURRING OPINION

Considering the procedural posture of this case, I concur in the result, only.

Don H.  Reavis

     Justice

FOOTNOTES
1:
John T. Boyd, Chief Justice (Ret.), Seventh Court of Appeals, sitting by assignment.  Tex. Gov’t Code Ann. §75.002(a)(1) (Vernon Supp. 2003).